United States Court of Appeals
Fifth Circuit

**F I L E D**

**December 7, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 05-10320
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CHAKA ZULU HERNDON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:03-CR-440-ALL
--------------------

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Chaka Zulu Herndon has
requested leave to withdraw and has filed a brief as required by
Anders v. California, 386 U.S. 738 (1967). Herndon received a
copy of counsel's motion but filed no response. Our independent
review of the brief and the record discloses no nonfrivolous
issues for appeal. Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is excused from further

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

responsibilities herein, and the appeal is DISMISSED.

See 5TH CIR. R. 42.2.  This ruling is without prejudice to

Herndon's right to raise claims of ineffective assistance in a

28 U.S.C. § 2255 motion.